UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ING BANK N.V., | § | CIVIL ACTION NO. |
| | § | |
| v. | § | JUDGE |
| | § | |
| M/V JAWOR, IMO No. 9452608, her engines, tackle, equipment, furniture, appurtenances, etc., *in rem* | § | MAGISTRATE JUDGE |
| | § | |
| | § | ADMIRALTY |

**VERIFICATION UNDER PENALTY OF PERJURY**

Pursuant to 28 U.S.C. § 1746, I, James D. Bercaw, verify under penalty of perjury that the following declarations are true and correct:

1. I am an attorney at law admitted to practice in the Courts of the State of Louisiana, the United States District Courts for the Eastern, Western and Middle Districts of Louisiana, and the United States Fifth Circuit Court of Appeals.

2. I am a member of the firm of King, Krebs & Jurgens, P.L.L.C., attorneys for plaintiff, ING Bank N.V. (hereafter "ING"), herein.

3. I have read the foregoing Verified Complaint and know the contents thereof, and that the same are true to the best of my knowledge, information and belief.

4. The reason I am making this verification and not plaintiff, ING, is that plaintiff is a legal entity, no officers or directors of which are now within this district.

5. The source of my information and belief are statements made by representatives of plaintiff and documents provided by same.

Executed on this 10th day of June, 2016.

_____
JAMES D. BERCAW